On respondent's motion for reconsideration filed March 30, reconsideration allowed; opinion (127 Or App 1, 870 P2d 849) modified; affirmed May 4, petition for review denied July 5, 1994 (318 Or 281)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES SCOTT HOPKINS,
*Appellant.*

(90-11-36303; CA A70109)

874 P2d 827

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, for motion.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

RICHARDSON, C. J.

## RICHARDSON, C. J.

The state moves for reconsideration, ORAP 6.25, of our opinion in *State v. Hopkins*, 127 Or App 1, 870 P2d 849 (1994), in which we addressed defendant's unpreserved error regarding his post-prison supervision term and remanded for resentencing. The state argues that we should not have reached that error and cites, *inter alia, State v. Slawson*, 123 Or App 573, 860 P2d 876 (1993). Defendant's error is unpreserved and we agree with the state that, under the rationale of *Slawson*, we should not have addressed it. Accordingly, we modify our opinion to withdraw our discussion of that error and affirm.

Reconsideration allowed; opinion modified; affirmed.